```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| ANDREW MATEICKA, | NO. CV-10-3088-JPH |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 23, to **grant** the parties' stipulated motion for remand (ECF No. 22) and **reverse** and **remand for further administrative proceedings**.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 23**, to grant the parties' stipulated motion for remand and REVERSE and REMAND for further administrative proceedings is **ADOPTED in its entirety.**

All other pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to

-1-

the parties and Magistrate Judge Hutton, and close the file.

DATED this 12th day of January, 2012.

                                                *s/ Rosanna Malouf Peterson*

                                                ROSANNA MALOUF PETERSON
                                            Chief United States District Judge