# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

ANDREW MATEICKA,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-3088-JPH

**JUDGMENT IN A CIVIL CASE**

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 12th day of January, 2012.

    JAMES R. LARSEN
    District Court Executive/Clerk

by: _____
    Deputy Clerk

cc: all counsel