UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ANDREW MATEICKA, | ) | NO. CV-10-3088-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**BEFORE THE COURT** is the Magistrate Judge's report, ECF No. 31, recommending the Court **grant** Plaintiff's motion for EAJA fees, ECF No. 26.

No objections have been filed. In the Defendant's response to the motion, he agreed the amount requested is reasonable but asked that the award be payable to Plaintiff subject to offset, ECF No. 30. The magistrate judge agreed with the Defendant, ECF No. 31.

Having reviewed the report and the files and records herein, the Court adopts the magistrate judge's report in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 31,** to grant Plaintiff's motion for EAJA fees is **ADOPTED in its entirety.**

**IT IS SO ORDERED.** The District Court Executive is directed to

-1-

1  enter this Order, enter judgment for Plaintiff, forward copies to
2  the parties and Magistrate Judge Hutton, and close the file.
3      DATED this 4th day of May, 2012.
4                                *s/ Rosanna Malouf Peterson*
5                                ROSANNA MALOUF PETERSON
6                         Chief United States District Judge